## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| AMERICAN FIDELITY ASSURANCE COMPANY | PLAINTIFF |
| vs. 2:16-CV-00024-JM | |
| JUANITA DELORIS KEMP; LINDA KAY SHELBY; VIRGINIA HALL; JULIA D. FOREMAN; KINCAID SERVICES, INC.; And C&J FINANCIAL, LLC | DEFENDANTS |

### ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction until November 24, 2016 to resolve issues related to the settlement if necessary. The Clerk is directed to close the case.

Dated this 24th day of October, 2016.

_____
James M. Moody Jr
United States District Judge